IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Saladworks, LLC and Wesco    :
Insurance Company,    :
          Petitioners    :
    :
        v.    :
    :
Workers' Compensation Appeal    :
Board (Gaudioso and Uninsured    :
Employers Guaranty Fund),    :
         Respondents  :     No. 1789 C.D. 2014

## **O R D E R**

NOW, November 23, 2015, having considered respondent's application for reargument and petitioners' response thereto, the application is denied.

 

                           DAN PELLEGRINI, President Judge